1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DENNIS PATRICK MCKNIGHT,

11          Petitioner,                    No. CIV-06-1749 MCE KJM P

12      vs.

13   TOM FELKER,

14          Respondent.            ORDER

15   _____/

16          Petitioner is a California prisoner proceeding with counsel with an application for

17   writ of habeas corpus under 28 U.S.C. § 2254.  On April 6, 2007 respondent filed a motion to

18   dismiss this action as time-barred.  In response to the motion to dismiss, petitioner filed an

19   opposition, but also filed a motion under Rule 60(b) of the Federal Rules of Procedure asking

20   that judgment be vacated in CIV-S-05-2262 LKK PAN P.  In that case, petitioner challenged the

21   same convictions and sentences at issue in this action.  That case was dismissed because

22   petitioner had not exhausted state court remedies with respect to all of his claims.

23          Petitioner fails to point to any authority indicating this court can vacate the

24   judgment in CIV-S-05-2262 LKK PAN P through a Rule 60(b) motion.  Therefore, petitioner's

25   motion will be denied.  However, petitioner will be given leave to file his motion in the correct

26   /////

1

1  action as it appears the questions raised in petitioner's Rule 60(b) motion could affect this

2  court's determination of respondent's motion to dismiss.

3        In accordance with the above, IT IS HEREBY ORDERED that:

4        1.  Petitioner's April 23, 2007 "motion to reinstate petition after dismissal" is

5  denied without prejudice to refiling in CIV-S-05-2262 LKK PAN P within ten days of this order.

6  The parties shall inform the court within ten days of the final resolution of petitioner's motion.

7        2.  Respondent's April 6, 2007 motion to dismiss is denied without prejudice to

8  renewal after resolution of petitioner's Rule 60(b) motion in CIV-S-05-2262 LKK PAN P.

9        3.  This matter is stayed.

10        4.  The Clerk of the Court is directed to administratively close this case.

11  DATED:  January 10, 2008.

12   

13                U.S. MAGISTRATE JUDGE

14  1
   mckn1749.60

15

16

17

18

19

20

21

22

23

24

25

26